UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

United States of America

          - against -                       25-CR-10(DG)(TAM)

Richard Ringel

------------------------------------------------------------x

TARYN A. MERKL, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE TARYN A. MERKL

      United States Magistrate Judge Taryn A. Merkl has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Taryn A. Merkl. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Taryn A. Merkl.

_____
Defendant

_____
Acting United States Attorney, E.D.N.Y.

_____
Attorney for the Defendant

By:    Joseph Nocella, Jr.
_____
United States Attorney, E.D.N.Y

Dated:  Jun 22, 2026

*Taryn A. Merkl*
Hon. Taryn A. Merkl, U.S.M.J.



COURT'S
EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT. # 25-cr-10 (DG)
DATE: 6-22-2026